**Opinion issued August 2, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00983-CV

_____

## IN THE INTEREST OF I.E.M. AND G.C.M., CHILDREN

On Appeal from the 246th District Court
Harris County, Texas
Trial Court Case No. 2015-05401

## MEMORANDUM OPINION

Appellant, Kelly Jo Stuth, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has

not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.